# Court of Appeals
# of the State of Georgia

ATLANTA, _____ August 16, 2022 _____

*The Court of Appeals hereby passes the following order:*

## A23A0048. DAJUANA LANE et, al. v. ENTERTAINMENT PROPERTIES, LLC et, al.

This appeal was docketed on July 22, 2022. The appellant's brief and enumeration of errors were due to be filed no later than August 11, 2022. Court of Appeals Rules 22 (a) and 23 (a). As of the date of this order, appellant has not filed a brief and enumeration of errors, and no extension of time for filing has been filed. Accordingly, this appeal is DISMISSED. Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _____ 08/16/2022 _____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*